IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REFUGIO VALADEZ, | ) | 8:10CV154 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Recusal. (Filing No. 4.) In his Motion, Petitioner requests that the undersigned judge recuse himself from this matter because "Petitioner is attacking his conviction and sentence in state court," and the undersigned judge's brother, Douglas County, Nebraska District Judge Peter Bataillon, was the state court judge who presided in that matter. (*Id.* at CM/ECF p. 2.) As set forth in 28 U.S.C. 455(a), "[a]ny . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

For good cause shown, the undersigned judge recuses himself from this matter pursuant to 28 U.S.C. § 455(a). Thus, the Motion is granted and the court will direct the Clerk of the court to reassign this matter to another judge.

IT IS THEREFORE ORDERED that:

1.  Petitioner's Motion for Recusal (filing no. 4) is granted.
2.  The Clerk of the court is directed to reassign this matter to another judge.

DATED this 7th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.